Meyer MILLNER, Appellant, v. UNITED STATES of America.

No. 10253.

Circuit Court of Appeals, Eighth Circuit.

Oct. 7, 1935.

Thomas J. Rowe, Jr., and Henry Rowe, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and David. M. Robinson, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed, on motion appellee, without costs to either party in this court.

MISSOURI UTILITIES CO., Appellant, v. CITY OF CALIFORNIA, MISSOURI, et al.

No. 10307.

Circuit Court of Appeals, Eighth Circuit.

Nov. 18, 1935.

For opinion below, see 8 F.Supp. 454.

S. W. Fordyce, T. W. White, and N. W. Hartman, all of St. Louis, Mo., for appellant.

L. P. Embry, of California, Mo., Robert B. Fizzell, of Kansas City, Mo., Conrad H. Poppenhusen and Anan R. Raymond, both of Chicago, Ill., Henry T. Hunt, Sp. Asst. to Atty. Gen., and Harry C. Blanton, U. S. Atty., and Herbert H. Freer, Asst. U. S. Atty., both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal dismissed, on motion of appellees, at costs of appellant, without prejudice.

Herman F. MOEDE, as Trustee, etc., Appellant, v. Julia Ferch ACKERLAND et al.

No. 10084.

Circuit Court of Appeals, Eighth Circuit.

May 8, 1935.

M. E. Culhane and John Ott, both of Minneapolis, Minn., for appellant.

Arthur T. Nelson, George C. Stiles, and Erland Lind, all of Minneapolis, Minn., and John C. Haave, of Montevideo, Minn., for appellees.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.

Herman F. MOEDE, as Trustee, etc., Appellant, v. Julia Ferch ACKERLAND et al.

No. 10107.

Circuit Court of Appeals, Eighth Circuit.

May 8, 1935.

M. E. Culhane and John Ott, both of Minneapolis, Minn., for appellant.

Arthur T. Nelson, George C. Stiles, and Erland Lind, all of Minneapolis, Minn., and John C. Haave, of Montevideo, Minn., for appellees.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.